

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00587-CV

Beatrice J. Janacek **JARZOMBEK**, Phillip Janacek, Ben J. Janacek,
Kathryn M. Janacek Vajdos, Lawrence J. Janacek, Margaret R. Janacek Ryan,
Sister Rebecca Janacek, and Timothy E. Janacek,
Appellants

v.

**MARATHON OIL COMPANY**,
Don Kuhnel, Patricia Kuhnel, Jason Swafford, and Charlene Swafford,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 18-01-00016-CVK
Honorable Stella Saxon, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We tax costs of court for this appeal against Beatrice J. Janacek Jarzombek, Phillip Janacek, Ben J. Janacek, Kathryn M. Janacek Vajdos, Lawrence J. Janacek, Margaret R. Janacek Ryan, Sister Rebecca Janacek, and Timothy E. Janacek.

SIGNED April 10, 2019.

_____
Patricia O. Alvarez, Justice